IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| WILLIAM SCOTT,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSEPH WILTSEY and GARDA CL ATLANTIC, INC.,<br><br>        Defendants. | Civil No. 19-19212 (RMB/AMD)<br><br>OPINION |

**APPEARANCES:**

SACCHETTA & BALDINO, ESQS.
By: Thomas F. Sacchetta, Esq.
24 South Broad Street
Woodbury, New Jersey 08096
        Counsel for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP
By: Christopher Ulysses Warren, Esq.
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
        Counsel for Defendants

**BUMB, UNITED STATES DISTRICT JUDGE:**

    This diversity personal injury suit comes before the Court upon:

    (1) the Court's Order to Show Cause, dated October 25, 2019, regarding the amount in controversy [Docket No. 3];

    (2) Plaintiff's response thereto [Docket No. 4];

(3) the Court's second Order to Show Cause, dated November 4, 2019 [Docket No. 5];

(4) Plaintiff's response thereto [Docket No. 7];

(5) the Court's Order to Show Cause dated November 13, 2019 [Docket No. 8], to which Plaintiff did not respond; and

(6) the Court's Order to Show Cause dated November 21, 2019 [Docket No. 12], to which Plaintiff has not responded.

The November 21st Order specifically warned that "[f]ailure to timely respond to this Order will be construed as an admission that Plaintiff cannot establish the statutory minimum amount in controversy, and accordingly, the Court will dismiss this suit for lack of subject matter jurisdiction."

For the reasons set forth in this Court's previous Orders [Docket Nos. 3, 5, 8, and 12], this suit will be dismissed for lack of subject matter jurisdiction. An Order accompanies this Opinion.

November 25, 2019

s/ Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE